1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF ALASKA

3

4   FLORINA ALTSHILER,

5        Plaintiff,

6   vs.

7   STATE OF ALASKA,

8        Defendant.
     _____/
9   Case No. 3:16-cv-00259-SLG

10

11

12

13        VIDEOTAPED DEPOSITION OF CLINT CAMPION

14             Pages 1 - 126, inclusive

15     Wednesday, Decemember 13, 2017, 10:00 A.M.

16        Taken by Counsel for the Plaintiff

17                      at

18              Pace Law Offices

19          101 E. 9th Avenue, Ste. 7A

20              Anchorage, AK 99501

21

22

23

24

25

MIDNIGHT SUN COURT REPORTERS 907/258-7100

1   Mr. Skidmore about his times in Dillingham?

2       A.   Yes.

3       Q.   Did he look at it as a positive

4   experience?

5       A.   Yes, absolutely, absolutely.  He's a

6   huge advocate for having that rural experience.  He

7   is much better suited to be the criminal division

8   director having spent enough -- I don't know if it

9   was two or three years -- I think it was more than

10   two years in the Bush.

11       Because that's a huge part of the

12   service that we're providing to the state is rural

13   criminal justice.  How can you run the criminal

14   division if you've never been in that role?  He's

15   been in that role.  He knows what the challenges and

16   responsibilities are.

17       I think he's probably more private

18   about it than he should be.  He should advocate more

19   fully that more of us should have gone out there and

20   had that experience before we run these other

21   offices?

22       Q.   So in your opinion, was Ms. Altshiler a

23   good trial attorney?

24       A.   I got good feedback from a judge I

25   admire about her performance in a big case.  So that

1    coupled with what I saw to be the verdict she was

2    getting and reports I would get from other attorneys

3    that were watching her that she, you know, she

4    certainly wasn't perfect.

5              But trial attorneys -- you know, you

6    say a good trial attorney.  She was able to --

7    willing to go to trial.  She got good verdicts.

8    There were things that she could improve upon.  But

9    she was on the way to becoming a good trial

10   attorney.

11        Q.    Is it fair to say that she was

12   satisfactory, had a satisfactory performance at

13   trials generally?

14        A.    Generally, I didn't have derogatory

15   reports.  Like I said, at least one judge was very

16   positive about her performance in a case.  I didn't

17   get complaints from detectives.  I didn't get

18   complaints from witnesses and victims generally, no.

19        Q.    Other than the previously discussed

20   ministerial complaints about Ms. Altshiler in the

21   misdemeanor unit, how did other ADAs in the

22   Anchorage office think about her?

23        A.    You'll have to ask them.

24        Q.    All right.  At the end of this, given

25   your position as an observer did you think

```
 1                    REPORTER'S CERTIFICATE
 2              I, ANGELA PERONTO, Registered Merit
 3   Reporter, hereby certify:
 4              That I am a Registered Merit Reporter for
 5   Midnight Sun Court Reporters, and Notary Public for
 6   the State of Alaska; that the deponent was duly
 7   sworn; that the foregoing proceedings were taken by
 8   me in Stenotype Shorthand and thereafter transcribed
 9   by me; and that the transcript constitutes a full,
10   true, and correct record of said proceedings taken
11   on the date and time indicated therein.
12              Further, that I am a disinterested person
13   to said action.
14              IN WITNESS WHEREOF, I have hereunto
15   subscribed my hand and affixed my official seal this
16   _____day of_____ 2017.
17
18                     _____
                               ANGELA PERONTO
                            Registered Merit Reporter
19                       My Commission Expires 03-21-21
20
21
22
23
24
25
```