**Nobrega, Heather M (LAW)**

| | |
|---|---|
| **From:** | Nobrega, Heather M (LAW) |
| **Sent:** | Thursday, August 15, 2013 4:31 PM |
| **To:** | Altshiler, Florina (LAW) |
| **Cc:** | Cook, Elizabeth A (LAW); Brown, Jeffrey D (LAW) |
| **Subject:** | Emails to staff (discovery) |

This is to confirm our conversation today regarding the forwarding of emails to your LOA and paralegal. When you get an email regarding missing discovery in one of your files, you are responsible for finding the file and responding to defense counsel, as needed.

If the request is for missing discovery, you are responsible for finding the file and giving it to your paralegal to request the missing discovery (assuming it hasn't already been ordered).

If you cannot find a file, after looking for it, you can ask Jeff to help you locate it.

Please do not forward emails to Jeff and Liz regarding missing discovery, as they don't have time to deal with those kinds of emails. In addition, to protect our record, all documentation regarding discovery needs to be done inside the file on the status sheets, not via email.

Thank you.

**Heather Nobrega**
**Assistant District Attorney**
**Anchorage District Attorney's Office**
310 K Street, Ste. 520
Anchorage, AK 99501
**Direct: (907) 269-6325**
**Fax: (907) 269-0343**

**Marshall, Sharon L (LAW)**

| | |
|---|---|
| **From:** | Marshall, Sharon L (LAW) |
| **Sent:** | Tuesday, October 8, 2013 5:55 PM |
| **To:** | Nobrega, Heather M (LAW) |
| **Cc:** | Campion, Clinton M (LAW) |
| **Subject:** | Re: Florina update |

Sounds like Letter of Expectation time.

Sent from my iPhone

On Oct 8, 2013, at 12:41 PM, "Nobrega, Heather M (LAW)" <heather.nobrega@alaska.gov> wrote:

> I may be sending these daily…
>
> 1. I continue to have issues with Florina asking staff to do her work.
>     Yesterday I discovered that Florina had asked Christina to organize her huge Unalaska SAM file (discovery, motions, medical records, etc), which is now a box full. Florina also seemed to be asking Christina to check on the status of the out of state subpoenas.
>     - I informed Florina that she needs to organize her own file, this is not Christina's job
>     - I also informed Florina that she needs to call Idaho herself to check on the issuance of the out of town subpoenas there, since she sent letters to the law enforcement agencies herself
>     - I can tell you right now that having her do this trial is going to be a huge goat rope for Liz to have to deal with; there are lots of out of state witnesses & Florina has filed a ton of motions which the court hasn't rule on. When I asked what the motions entailed, it seemed that most could be dealt with at the time of trial. Florina thinks that because the court hasn't ruled on these motions, that trial may not go. I told her to get her witness travel booked now (she has already obtained travel authorization) because it is going to be difficult to get people to Unalaska.
>
> 2. Florina continues to show up late
>     She had trial this morning. She had not shown up to the office by 8:15, when I told Becky and the officer to go ahead on go over. I have been on of all the attorneys to show up early for court. She apparently showed up for trial this morning at about 8:25 am.
>
> 3. Florina doesn't not communicate with staff
>     Florina & Becky had four files on for trial in front of Judge Wallace this morning. One was going to DCOP and 2 were going to be dismissed. Florina did not clearly communicate with Liz the status of these cases so witnesses were not

called off. We had an APD officer show up this am for the trial that was set for DCOP. I will be talking to all the attorneys in the office about this, yet again.

My frustration with her continues to grow and grow since it is the same issues over and over and over and over.

**Heather Nobrega**
**Assistant District Attorney**
**Anchorage District Attorney's Office**
**310 K Street, Ste. 520**
**Anchorage, AK 99501**
**Direct: (907) 269-6325**
**Fax: (907) 269-0343**