| | |
|---|---|
| **From:** | Miovas, Paul J (LAW) |
| **Sent:** | Sunday, January 12, 2014 9:31 PM |
| **To:** | Altshiler, Florina (LAW) |
| **Subject:** | Re: This Week |

Painting your nails followed by stopping in Dan's office after I said something followed by you going through photographs after I gave you something to do, followed by rolling in to the staff meeting late. If you didn't realize I was being serious about being more productive, we may need to address that. I am.

Sent from my iPhone

On Jan 12, 2014, at 8:55 PM, "Altshiler, Florina (LAW)" <florina.altshiler@alaska.gov> wrote:

> I'm not trying to be funny, what specifically did you observe on Thursday? Did I leave too early?
>
> I will go everything on your list starting Monday.
>
> Florina Altshiler
> Assistant District Attorney
> Anchorage District Attorney
> 310 K Street, suite 520
> Anchorage, Alaska 99501
> (907) 269-6371
>
> On Jan 12, 2014, at 7:45 PM, "Miovas, Paul J (LAW)" <paul.miovas@alaska.gov> wrote:
>
>> Florina,
>>
>> I have to tell you that I was seriously unimpressed with what I observed from your office habit on Thursday. I don't expect everyone to be diligently working at their desk 8.5 hours a day, but I also don't expect the sort of thing I witnessed last week. That is not acceptable. You claimed that it was because you don't have enough work to do, and I seriously doubt that is the case, but in the even that it is, I have remedied that. I want you to work on the following things this week while I am out.
>>
>> - I want the 2 Dillingham cases reviewed and screening memos completed on them. In addition to all the normal things included in screening memos, I also want to know whether the cases should be prosecuted, what charges should be pursued and what offer you would recommend making at this stage, if any.
>> - I want you to obviously focus on indicting your case tomorrow – that is the top priority.
>> - I want you to screen that Cody Meyer case I assigned you. Det. Trull told

- me that DP [redacted], but I want you to look at it to be sure. If so, then do it and make the necessary screening notes in the file.
- I want you to begin to look at the Terry Richardson case I assigned you. I would like a screening memo done and your recommendations. I think that case is going to be DP [redacted], and I think Ashley might know something about what is going on, so you may want to talk to her.
- Finally, if you get all that done, review the PCR I assigned – I don't think you will need to file anything now, but you may want to get up to speed on it.

I honestly do NOT micro-manage people, and I have no intention of doing so with you. I was simply surprised at what I observed and I hope you understand my position now. I am not going to dwell on it, I just hope it doesn't become a pattern. We all find time to socialize and mess around – it is absolutely necessary to maintain morale, but we also need to be professional.

Have a good week,

Paul

Document ID: 0.7.1046.23499    Page 2 of 2    SOA031547