**Altshiler, Florina (LAW)**

**From:** Skidmore, John B (LAW)
**Sent:** Friday, April 18, 2014 12:12 PM
**To:** Altshiler, Florina (LAW); Marshall, Sharon L (LAW)
**Subject:** RE: Follow up from yesterday

If you intend to cooperate, then please contact the Office of Professional Standards at DPS. They are the ones conducting the investigation. The number is 269-6055.

Once the investigation is complete, Sharon and I will meet with you again. If you wish to talk to either of us about this matter before then, you are always welcome to do so.

*John Skidmore*
Criminal Division Director
Alaska Department of Law
907.269.6379

**From:** Altshiler, Florina (LAW)
**Sent:** Friday, April 18, 2014 8:44 AM
**To:** Skidmore, John B (LAW); Marshall, Sharon L (LAW)
**Subject:** Follow up from yesterday

I just remembered that I was at lunch with Sharon on 3/4. I think that jack and Jenna were also there although I could be mistaken about exactly who else was there (I think that there were 4 or 5 of us). Regardless, I am certain that Sharon was there because I just remembered finishing her food. I'm not sure if I had my phone with me and I doubt that I was texting since I was actively participating in conversation and eating. Maybe Sharon remembers better. Certainly 100 text messages being sent during lunch (as you mentioned in our meeting) is something that Sharon would have noticed.

I would like to be as cooperative as you would like me to be but I am not entirely comfortable having this conversation with you and Sharon given your positions as my supervisors and the sexual nature the texts.

I will be contacting net10 to get my phone records.

Going forward, who would you like me to communicate with about this? In other words, who is the contact person with all this?


Florina Altshiler
Assistant District Attorney
Anchorage District Attorney
310 K Street, suite 520
Anchorage, Alaska 99501
(907) 269-6371