**Collins, Erin M (DOA)**

**From:** Cadiente, Cheri A (DPS)
**Sent:** Tuesday, April 29, 2014 10:16 AM
**To:** Skidmore, John B (LAW)
**Subject:** Fwd: DOL personnel

I asked for an update from OPS and here is what I received.

Cheri Cadiente
Special Assistant to the Commissioner
Sent from my iPhone
907.321.4946

Begin forwarded message:

> **From:** "Brown, Jeffrey R (DPS)" <jeffrey.brown2@alaska.gov>
> **Date:** April 29, 2014 at 10:34:53 AM MST
> **To:** "Cadiente, Cheri A (DPS)" <cheri.cadiente@alaska.gov>
> **Cc:** "Barlow, Bryan W (DPS)" <bryan.barlow@alaska.gov>, "James, Tonya R (DPS)" <tonya.james@alaska.gov>
> **Subject: RE: DOL personnel**
>
> Cheri,
>
> I interviewed her last Tuesday as planned. She talked her way through sending the text messages that she previously denied sending by explaining that she did not realize she had sent them to Peronto. She thought she was texting a person she had just contacted from a dating application. She did not realize she was talking to Peronto.
>
> Phone records: Ultimately she said she would be willing to get a copy of the records if it would help us but did not understand why we needed them if we had Peronto's which showed the contact which she now concurs happened. I told her some providers keep the content of texts which would be helpful. She told me if they kept the content of texts she would get them to us. I contacted the provider and they do not have any text information.
>
> Phone: She has previously told us her old phone was gone. That changed. She has been trying to sell the old phone and has lost it inside her home somewhere. As of Thursday, she had not had time to look for it. She did not want to release it to us to do a forensic exam but would think about it further if we felt it was absolutely necessary... because conducting three interviews and asking each time does not quite get the point across that we think it's pretty necessary.
>
> Between Tonya and I... sometime early this week we will again contact her to find out about the phone. Tonya is updating the report with my interview which will bring her fully up to speed. We can best plan from there but I think we've gotten all we are going to get from her.
>
> Only other thing we need to do is talk to Peronto about the 'threat' issue. The ADA was not will to tell us anything about it other than she felt threatened but would not tell us why or how. No details what so ever. We figure we can ask Peronto for his phone records for the 6th, which is

1

Exhibit I
Page 1 of 2
Case 3:16-cv-00259-SLG   Document 31-9   Filed 01/22/18   Page 1 of 2   SOA 000295

the date she alleges to have ˌtten the calls, to close that door. Or aˌ ˌast show he did not make the call from that particular phone.

I could halfway buy her explanation of the text conversation - that she did not think it was Peronto. However there are too many things that don't add up to say she is being truthful in this matter.

~Jeff

Jeffrey R. Brown
Administrative Investigator
Office of Professional Standards
Alaska Department of Public Safety
5700 E. Tudor Road
Anchorage, AK. 99507-1225
: (907) 269-6055 (Main O.P.S. Line)
: (907) 269-6015 (Direct Office Line)
Note: To ensure compliance with all Collective Bargaining Agreements and Retention Guidelines, please delete any e-mails regarding OPS cases after your review. When responding to any e-mails regarding OPS cases, please delete the sent e-mail immediately.

This email, including attachments, is intended for the use of the person or entity to which it is addressed and may contain CONFIDENTIAL or privileged information that is protected by federal and state law. If the reader of this email is not the intended recipient or his or her agent, the reader is notified that any dissemination, distribution or copying of this email is prohibited. If you think you have received this email in error, please advise the sender by return email and delete this email immediately.

-----Original Message-----
From: Cadiente, Cheri A (DPS)
Sent: Tuesday, April 29, 2014 9:17 AM
To: Brown, Jeffrey R (DPS); Barlow, Bryan W (DPS)
Subject: DOL personnel

Can you give me the status of the Department of Law employee, her cooperation with us and her most recent comments?

Cheri Cadiente
Special Assistant to the Commissioner
Sent from my iPhone
907.321.4946