

**THE STATE of ALASKA**
GOVERNOR SEAN PARNELL

**Department of Law**

CRIMINAL DIVISION
Criminal Division Central Office

310 K St., Suite 403
Anchorage, Alaska 99501
Main: 907.269.6379
Fax: 907.269.6305

May 30, 2014

Florina Altshiler
Hand Delivered

Re: Employment with the Department of Law

Dear Ms. Altshiler,

In mid-April Sharon Marshall and I met with you to discuss concerns we had about trusting you, your judgment, and your relationships with other agencies in the criminal justice system. Over the course of the next several weeks we met several more times to continue this discussion. We listened to your responses about our concerns, gave you time to demonstrate you understood our concerns, and attempted to find some personnel action short of termination that adequately addressed our concerns. However, you have not demonstrated an adequate understanding of these serious issues. We continue to have serious concerns about trusting you, about your professional judgment and discretion, and about your appreciation for the importance of professional relationships with other entities in the criminal justice system. Therefore we are terminating your employment, effective June 3, 2014.

Sincerely,

MICHAEL C. GERAGHTY
ATTORNEY GENERAL

By: John Skidmore
Director, Criminal Division