**Skidmore, John B (LAW)**

| | |
|---|---|
| **From:** | Skidmore, John B (LAW) |
| **Sent:** | Friday, May 30, 2014 8:57 AM |
| **To:** | Blosser, Sharon E (LAW) |
| **Subject:** | letterhead |
| **Attachments:** | Altshiler.docx |

Please place the attached on letterhead. The Address should indicate it was hand delivered. The letter is to Florina Altshiler.

*John Skidmore*

Criminal Division Director
Alaska Department of Law
907.269.6379

In mid-April Sharon Marshall and I met with you to discuss concerns we had about trusting you, you judgment, and your relationships with other agencies in the criminal justice system.   Over the course of the next several weeks we met several more times to continue this discussion.  We listened to your responses about our concerns, gave you time to demonstrate you understood our concerns, and attempted to find some personnel action short of termination that adequately addressed our concerns.  However, based on all the information provided to the Department Law we continue to have serious concerns about trusting you, about your professional judgment and discretion, and about your appreciation for the importance of professional relationships with other entities in the criminal justice system.  Therefore we are terminating your employment,  effective June 3, 2014.

**Blosser, Sharon E (LAW)**

| | |
|---|---|
| **From:** | Blosser, Sharon E (LAW) |
| **Sent:** | Friday, May 30, 2014 9:10 AM |
| **To:** | Skidmore, John B (LAW) |
| **Subject:** | RE: letterhead |

What do you want me to write on the 'Re:' line?
Also, I put 'Hand Delivered' in the address area, but should I also put an address (work address?)

---

**From:** Skidmore, John B (LAW)
**Sent:** Friday, May 30, 2014 8:57 AM
**To:** Blosser, Sharon E (LAW)
**Subject:** letterhead

Please place the attached on letterhead. The Address should indicate it was hand delivered. The letter is to Florina Altshiler.

*John Skidmore*
Criminal Division Director
Alaska Department of Law
907.269.6379

**Skidmore, John B (LAW)**

| | |
|---|---|
| **From:** | Skidmore, John B (LAW) |
| **Sent:** | Friday, May 30, 2014 9:12 AM |
| **To:** | Blosser, Sharon E (LAW) |
| **Subject:** | RE: letterhead |

No work address.

RE: employment with Department of Law.

*John Skidmore*
Criminal Division Director
Alaska Department of Law
907.269.6379

---

**From:** Blosser, Sharon E (LAW)
**Sent:** Friday, May 30, 2014 9:10 AM
**To:** Skidmore, John B (LAW)
**Subject:** RE: letterhead

What do you want me to write on the 'Re:' line?
Also, I put 'Hand Delivered' in the address area, but should I also put an address (work address?)

---

**From:** Skidmore, John B (LAW)
**Sent:** Friday, May 30, 2014 8:57 AM
**To:** Blosser, Sharon E (LAW)
**Subject:** letterhead

Please place the attached on letterhead. The Address should indicate it was hand delivered. The letter is to Florina Altshiler.

*John Skidmore*
Criminal Division Director
Alaska Department of Law
907.269.6379