| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>525-2015-00182 |
| Alaska State Commission For Human Rights | | | and EEOC |
| State or local Agency, if any | | | |

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Florina Altshiler | Home Phone (Incl. Area Code) | Date of Birth<br>02-12-1982 |
|---|---|---|
| Street Address<br>169 Woodward Ave., Buffalo, NY 14214 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Department of Law (FA)<br>STATE OF ALASKA - ~~DEPARTMENT OF ADMINISTRATION~~ | No. Employees, Members<br>Unknown | Phone No. (Include Area Code)<br>269-6300<br>(907) ~~375-7700~~ |
|---|---|---|
| Street Address<br>Attn: Camille Brill, Eeo Program Manager, 550 West 7th Avenue - Suite 1960, Anchorage, AK 99501 | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 03-05-2014  Latest: 06-02-2014<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I held the position of Attorney 3 and I prosecuted sex crimes. During a Law Enforcement training on sexual assault, an Alaska State Trooper by the name of Vance who is a trooper in the drug unit, subjected me to sexual harassment, which included sending me inappropriate, disturbing sexual text messages. The text messages were offensive and particularly disturbing given the subject of the training. I reported the text messages, and provided copies of them to my supervisor and the troopers, and I allowed the troopers to look at my phone for purposes of reviewing the text messages in question. However, my supervisors required me to also provide my personal cell phone for forensic examination, which I refused to do, as I had provided them with the relevant documentation regarding my complaint. As a result of my complaint, my supervisors first told me that they were forcibly transferring me to a rural office outside of Anchorage, which I declined, and I filed a complaint of retaliation. After filing my complaint, and notifying my supervisors of the complaint, I was discharged.

I was subjected to sex discrimination, including sexual harassment, and discharged in retaliation for complaining about it, which I believe is a violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>*Laura M Delena*<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3-16-15<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) LAURA M. DELENA<br>Notary Public State of New York<br>Qualified in Erie County<br>My Commission Expires Feb. 24, 2019 |

FA_000045