# FLORINA ALTSHILER

Tel. 917-446-7621

2900 Ocean Ave., 3A, Brooklyn, NY 11235
Email: faltshiler@yahoo.com

## BAR ADMISSIONS
New York, New Jersey, U.S. District Courts for the Southern and Eastern Districts

## EXPERIENCE

**WINGATE RUSSOTTI & SHAPIRO LLP,** New York, NY
*Associate,* August 2011 – Present
Plaintiffs' trial counsel in medical malpractice, labor law, trip and fall, motor vehicle, security and premise liability cases; responsible for all phases of litigation from case inception through trial to verdict.

**ST. JOHN'S UNIVERSITY SCHOOL OF LAW,** Jamaica, NY
*Adjunct Professor of Trial Advocacy,* 2009 – Present

**CIVIL COURT OF THE CITY OF NEW YORK, SMALL CLAIMS PART,** New York, NY
*Arbitrator,* 2009 - Present

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP,** New York, NY
*Senior Associate,* August 2010 – August 2011
Defended insurance claims including general negligence actions, labor law, security and premises liability matters from preparation of answer through final disposition including case assessment and strategic recommendations, court appearances, taking and defending depositions, motion practice, trial preparation and attendance, settlement negotiations, mediation and arbitration.

**GORDON & SILBER P.C.,** New York, NY
*Associate,* September 2006 – July 2010
Defended complex medical malpractice actions from preparation of answer through final disposition including motion practice, depositions, trial and appeals; also represented the City of NY at 50-h hearings.

**MARTIN CLEARWATER & BELL LLP,** New York, NY
*Associate,* September 2005 – September 2006
Managed and defended medical malpractice actions including case analysis and trial preparation.

**NEW YORK COMMUNITY TRUST,** New York, NY
*Program Intern* Arts Education and Human Rights Divisions, June 2004 – June 2005
Oversaw compliance with funding guidelines and not-for-profit status including review of grant proposals, investigation of grants, budget analysis and funding recommendations.

**QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE, INTAKE BUREAU,** Kew Gardens, NY
*Community Associate,* May 2004 – October 2004
Conducted interviews, drafted accusatory instruments and arraigned defendants.

**NEW YORK LEGAL ASSISTANCE GROUP,** New York, NY
*Associate Board Member,* 2011 – Present
*Attorney under a Student Practice Order,* Family Law Unit, September 2003 – May 2004
Appeared as counsel for victims of domestic violence in Family Court proceedings and managed cases from intake to final disposition including trial.

**KINGS COUNTY DISTRICT ATTORNEY'S OFFICE, DOMESTIC VIOLENCE BUREAU,** Brooklyn, NY
*Law Intern,* January 2004 – May 2004 and June 1998 – June 1999
Interviewed complainants, obtained evidentiary support and assisted Assistant District Attorneys in case management and trial preparation; also spearheaded self-designed research study evaluating victim willingness to report and prosecute domestic violence; submitted study findings and recommendations to Mayor's Office to Combat Domestic Violence; also responsible for Russian translation services and assistance with case management and trial preparation.

Exhibit N
Page 1 of 3
SOA 001198

## EDUCATION

**ST. JOHN'S UNIVERSITY SCHOOL OF LAW**, Jamaica, NY
Juris Doctor Degree, June 2005 (accelerated 2 ½ year program)
**Honors:** Dr. Thomas C. Beneventano Award for Legal Medicine, June 2005
Rosenberg Scholar, 2003-04 Academic Year
Institutional Merit Scholar, 2003-04 Academic Year
2004 CALI Excellence for the Future Award in Criminal Trial Advocacy
Semi-Finalist, Upper-Level Polestino Trial Competition, Spring 2005
Second Annual *Legal Affairs* Writing Contest, Spring 2005
Edward J. Hart Memorial Civil Trial Competition, Fall 2003
Frank J. Rogers Criminal Trial Competition, Fall 2003
Civil Trial Law Institute, First Year Competition, Spring 2002

**BINGHAMTON UNIVERSITY, STATE UNIVERSITY OF NEW YORK**, Vestal, NY
Bachelor of Arts, December 2002 (completed in 2 ½ years)
Psychology Major and International Studies Certificate Program
**Honors:** U.S. President's Student Service Award for Outstanding Service to America, 2000
United Hospital Fund's Student Achievement Award and Essay Winner, 1999
Dean's List
Rosefsky Language and Culture Scholar, Spring 2002
Semi-Finalist, Intel National Science Talent Search, 2000
New York City Hall Commendation for Research, 2000
Third Place, Salomon Smith Barney Quality of Life Research Competition, 2000
**Activities:** Teaching Assistant; Resident Assistant; Research Assistant; Crew Team
**Foreign Spanish Language Study:** Valencia, Spain, Summer 2002; Cuernavaca, Mexico, 2001-2002

## COMMUNITY SERVICE

*Volunteer Coach* Frank S. Polestino Trial Advocacy Institute at St. John's School of Law, 2009 – Present

*Volunteer Judge* 2011, 2010, 2009 NITA's Tournament of Champions; 2010, 2009, 2008 NYU's Downtown Invitational Classic; 2007, 2006 Statewide High School Mock Trial Tournament; 2012, 2011 National Moot Court Competition

*Member* National Crime Victim Bar Association 2012 – Present

*NYS Certified Rape and Domestic Violence Counselor* Crime Victims Treatment Center, St. Luke's-Roosevelt Hospitals, 2009 – Present

*Advocate,* Courtroom Advocates Project, Family Court City of NY September, 2003 – May, 2004

*Volunteer Mentor* for sexually abused and at-risk adolescents, The Mentoring Project of Binghamton, NY August, 2001 – May, 2002

*Volunteer Counselor,* High Hopes Crisis Center Binghamton NY August, 2001 – June, 2002

*Volunteer Nurse Assistant,* Maimonides Medical Center Brooklyn, NY November 1997 – March 1999

## LANGUAGES

Fluent in Russian (native language); moderate Spanish language skills (taught high school level Spanish as a substitute teacher in Binghamton, NY).

## SIGNIFICANT ACCOMPLISHMENTS

Completed the 2009 and 2010 ING NYC Marathon and the 2010 Marine Corp Marathon; Cycled over 250 miles in the Tour de Force 9/11 bike tour in 2009, 2010 and 2011 (registered for 2012); trained as a luge competitor at the US Olympic Training Center in Lake Placid, NY in the 1990s.

Florina Altshiler
(917) 446-7621
2900 Ocean Ave., Unit 3A
Brooklyn, NY 11235

My professional references are the following:

Professor Keri Gould
Assistant Dean for Professional Skills, Professor of Clinical Education, and
Director of the Center for Professional Skills
St. John's School of Law
Office:  Belson Hall Room 1-18A
Telephone: office (718) 990-2179 cell (516) 423-9641
Email:  gouldk@stjohns.edu

Kim Susser, Esq.
Director of NYLAG's Matrimonial & Family Law Unit
Telephone: (212) 613-5000
Email: ksusser@nylag.org

Anthony Venditto, Esq.
Partner at Furman Kornfeld and Brennan LLP
Telephone: office (212) 293-7386 cell (914) 216-2523
AVenditto@fkbllp.com

Additional references are, of course, available upon request.