## Skidmore, John B (LAW)

| | |
|---|---|
| **Location:** | Skidmore's office |
| **Start:** | Wednesday, May 28, 2014 4:00 PM |
| **End:** | Wednesday, May 28, 2014 4:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Skidmore, John B (LAW) |
| **Required Attendees:** | Altshiler, Florina (LAW); Campion, Clinton M (LAW) |

Time says 4PM, but we can meet when you are both back from court. I know Clint is in Trial and Florina you have SCA's today. Just find one another and call me so we can meet this afternoon.

Thx,
John

Exhibit P
Page 1 of 4

Case 3:16-cv-00259-SLG   Document 31-15   Filed 01/22/18   Page 1 of 4

Document ID: 0.7.1046.21674        Page 1 of 1        SOA037625

**Skidmore, John B (LAW)**

| | |
|---|---|
| **Subject:** | Final Decision |
| **Location:** | Skidmore's office |
| **Start:** | Thursday, May 29, 2014 10:00 AM |
| **End:** | Thursday, May 29, 2014 10:30 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Skidmore, John B (LAW) |
| **Required Attendees:** | Altshiler, Florina (LAW); Campion, Clinton M (LAW) |

Due to both Clint's and my schedules this is the best time for us to meet this morning.

# HP LaserJet M4345 MFP Series
## Fax Call Report
Page 1


### Fax Header Information

" "
" "
May-30-2014 08:47 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| 8753 | May-30-2014 08:44 AM | Send | 3757719 | 2:43 | 5 | Success |



**STATE OF ALASKA**
**Equal Employment Opportunity Program**
Employment Discrimination Complaint Form

Your completed form may be mailed or returned in person to the Division of Personnel & Labor Relations, 619 East Ship Creek Avenue, Suite 309, Anchorage, Alaska 99501-1677. You may also fax your form to (907)375-7719. If you have any questions, please call (907)375-7700.

### A) Basic Information:

| Today's Date | I am a current State of Alaska employee. ☒ <br> I am a former State of Alaska employee. ☐ <br> I am an applicant for state employment. ☐ | Name of Supervisor or Hiring Manager (If Applicable) |
|---|---|---|
| May 30, 2013 | | John Skidmore |

| Last Name | First Name | MI | Job Title |
|---|---|---|---|
| Altshiler | Florina | | Attorney III |

| Department | Division | Section |
|---|---|---|
| Law | Criminal | D.A., Special Assaults Unit |

| Home Address | Please use this address. ☒ | Work Address | Please use this address. ☐ |
|---|---|---|---|
| 221 E 7th Ave unit 314 <br> Anchorage AK 99501 | | 310 K St <br> Suite 520 <br> Anchorage AK 99501 | |

| Home/Cell Phone | Work Phone | Email |
|---|---|---|
| 917-446-7621 | 907-269-6371 | faltshiler@yahoo.com |

| Work Location (City) | Position Applied For (If Applicant for State Employment) | Application Date |
|---|---|---|
| Anchorage | Assistant District Attorney | June, 2012 |

### B) I believe that I was discriminated against due to my (check all that apply):

☐ Disability           ☐ Parenthood           ☐ Pregnancy
☐ Religion:___         ☐ National Origin:___  ☒ Sex:___
☐ Marital Status/Change in Status   ☒ Retaliation *   ☐ Genetic Information
☐ Color:___            ☐ Race:___             ☐ Age:___

*Being demoted, dismissed, harassed, or otherwise "retaliated" against because you complained about discrimination or participated in an EEO investigation.

### C) What happened?

| Initial Date of Alleged Discrimination | Most Recent Date of Alleged Discrimination | The situation is continuing. |
|---|---|---|
| March 5, 2014 | Present | ☒ |

| Name of a Witness or Someone Treated More Favorably (If Applicable) | Contact Number |
|---|---|
| | |
| Name of a Witness or Someone Treated More Favorably (If Applicable) | Contact Number |
| | |
| Name of a Witness or Someone Treated More Favorably (If Applicable) | Contact Number |
| | |

EEOP Form 201 Rev 130122                                Page 1 of 2

**Altshiler, Florina (LAW)**

| | |
|---|---|
| **Subject:** | Accepted: Final Decision |
| **Location:** | Skidmore's office |
| **Start:** | Thursday, June 12, 2014 10:00 AM |
| **End:** | Thursday, June 12, 2014 10:30 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Altshiler, Florina (LAW) |
| **Required Attendees:** | Skidmore, John B (LAW) |