**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

---

**FLORINA ALTSHILER,**

Plaintiff,

Case No: 3:16-cv-00259-SLG

-vs-

**STATE OF ALASKA,**

Defendant.

---

Examination Before Trial of **FLORINA ALTSHILER,** held before Brittany M. Whelan, Notary Public, at DePaolo-Crosby Reporting Services, 170 Franklin Street, Buffalo, New York, on Friday, December 15th, 2017 at 9:00 AM, ending at 5:00 PM, pursuant to notice.

things and I want to make sure that I'm understanding you correctly. Then you indicated you were told that you were fired. Are you considering that being told that you were fired itself was a retaliatory action or -- obviously firing is a negative consequence. Are you both considering being told that you're fired earlier on a retaliatory action or just later on the actual firing?

A. The initial time I was told I was fired was back in April of 2014 without a clear date. Just that you're going to be fired at some point later on, we just haven't decided exactly when. Clearly that was emotionally stressful and not something that you want to hear and retaliatory. Then I was told never mind. You're not being fired. We're giving you a second chance but we're going to transfer you. Then at the end of May on that Friday I was told you're fired effective now but that happened after I handed in to Skidmore a copy of the EEO complaint that I had faxed over earlier that morning to EEO.

Q. So, are you saying that it's your understanding -- are you claiming then that

you handed him the EEO complaint and he did something in retaliation to that?

A. Yes, absolutely.

Q. Is that the termination?

A. Correct.

Q. You also mentioned that they had pulled a case from you?

A. Yes.

Q. Is that an action that you consider to be retaliatory?

A. Absolutely. There was no reason to pull that file after I was the assigned attorney. I had handled everything on that case up to that point and had just come off getting a conviction on a sex crime trial that had just lasted two weeks. It was a great result and I had done that under the stress of this situation pending at the same time and I almost felt like they had me doing that trial waiting for me to fail and have an acquittal and that's not what happened. I got the conviction. Skidmore said good job and then within that following week as I'm prepping now for the next one to go I had discussed with him okay, I'm ready. I'm going to be starting

STATE OF NEW YORK)

) ss.

COUNTY OF ERIE )

I, Brittany M. Whelan, Notary Public, in and for the County of Erie, State of New York, do hereby certify:

That the witness whose testimony appears hereinbefore was, before the commencement of their testimony, duly sworn to testify the truth, the whole truth and nothing but the truth; that said testimony was taken pursuant to notice at the time and place as herein set forth; that said testimony was taken down by me and thereafter transcribed into typewriting, and I hereby certify the foregoing testimony is a full, true and correct transcription of my shorthand notes so taken.

I further certify that I am neither counsel for nor related to any party to said action, nor in anyway interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal this 18 day of January, 2018.

Brittany M. Whelan

---------------------

Brittany M. Whelan
Notary Public-State of New York