JAHNA LINDEMUTH
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: rebecca.cain@alaska.gov

*Attorney for Defendant State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Florina Altshiler, <br><br> Plaintiff(s) <br><br> v. <br><br> State of Alaska, <br><br> Defendant(s) | Case No. 3:16-cv-00259-SLG <br><br> **STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS SOUGHT IN THE STATE'S JANUARY 12, 2018, MOTION TO COMPEL** |

Comes now, Plaintiff, Florina Altshiler, and Defendant, State of Alaska, by and through counsel, and stipulate as follows:

On January 12, 2018, the State filed a motion to compel seeking the following documents:

- Tax returns for the years 2011, 2012, 2013, 2014, 2015, and 2016

- Documentation supporting the $8,000 in moving expenses claimed in Plaintiff's discovery responses

- Documentation, including purchase and sale agreements for plaintiff's Anchorage condo, as well as any rental agreement for the period it was leased and any checks or other documentation showing this income

- Employment contracts, offer letters, or other documentation showing plaintiff's salary, hours, and benefits for Webster Szanyi, Russo Toner, Daemen College, Columbia University, SUNY, EW Scripps Company

- Cancelled check or any other documentation demonstrating repayment of Department of Justice Grant

- Execution of a set of releases for employment records specifically identifying the employer from who the records would be sought.

On January 19, 2018, the counsel for the parties met in person and reached this stipulation.

Ms. Altshiler will provide to the State the request items identified in the bullet points above no later than close of business February 9, 2018.

The parties agree that if Ms. Altshiler fails to provide the identified documents by that date or if the State believes that her production is inadequate, the State may renew its motion to compel within two weeks of the State's receipt of Ms. Altshiler's responses.

STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS
SOUGHT IN THE STATE'S JANUARY 12, 2018, MOTION TO COMPEL          Page 2 of 4

Case 3:16-cv-00259-SLG   Document 36   Filed 02/02/18   Page 2 of 4

MOVED AND CONSENTED TO BY:

DATED: ~~January 23, 2018.~~
Feb 2, 2018

By: _____
Daniel Pace
Christopher Hoke
Attorneys for Plaintiff


JAHNA LINDEMUTH
ATTORNEY GENERAL


By:   /s/Rebecca H. Cain
Rebecca H. Cain
Assistant Attorney General
Alaska Bar No. 9811056
Attorney for Defendant


**IT IS SO ORDERED**


DATED this _____ day of _____, 2018.


_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS
SOUGHT IN THE STATE'S JANUARY 12, 2018, MOTION TO COMPEL    Page 3 of 4

Case 3:16-cv-00259-SLG   Document 36   Filed 02/02/18   Page 3 of 4

**Certificate of Service**
I certify that on February 2, 2018, the **STIPULATION REGARDING PRODUCTION OF DOCUMENTS SOUGHT IN THE STATE'S JANUARY 12, 2018, MOTION TO COMPEL** was served electronically on:

| | |
|---|---|
| Christopher V. Hoke | Daniel Pace |
| Hoke Law | Pace Law Offices |
| 101 E. 9th Ave., Suite 7A | 101 E. 9th Ave Suite 7A |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| chris@hoke-law.com | dan@pacelawoffices.com |

/s/Rebecca H. Cain

STIPULATION AND ORDER REGARDING PRODUCTION OF DOCUMENTS
SOUGHT IN THE STATE'S JANUARY 12, 2018, MOTION TO COMPEL      Page 4 of 4

Case 3:16-cv-00259-SLG   Document 36   Filed 02/02/18   Page 4 of 4