JAHNA LINDEMUTH
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: rebecca.cain@alaska.gov

*Attorney for Defendant State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FLORINA ALTSHILER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:16-cv-00259-SLG <br><br> **DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME** |

Plaintiff has filed a third motion for an extension of time in which to file her opposition to the Defendant's motion for summary judgment. In that motion Plaintiff asks for an additional four days in which to file her opposition or until March 5, 2018. Defendant hereby provides notice to the Court that it does not object to the extension.

DATED: March 2, 2018.

                        JAHNA LINDEMUTH
                        ATTORNEY GENERAL

                    By:   /s/Rebecca H. Cain
                          Rebecca H. Cain
                          Assistant Attorney General
                          Alaska Bar No. 9811056
                          Department of Law
                          1031 West Fourth Avenue, Suite 200
                          Anchorage, AK 99501
                          Phone: (907) 269-6612
                          Facsimile: (907) 258-4978
                          Email: rebecca.cain@alaska.gov
                          Attorney for Defendant
                          State of Alaska

<u>Certificate of Service</u>

I certify that on March 2, 2018, a copy of the DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME was served electronically on:

Christopher V. Hoke
Hoke Law
101 E. 9th Ave., Suite 7A
Anchorage, AK 99501
chris@hoke-law.com

Daniel Pace
Pace Law Offices
101 E. 9th Ave Ste 7A
Anchorage, AK 99501
dan@pacelawoffices.com

/s/Rebecca H. Cain

*Altshiler v. State of Alaska*   Case No. 3:16-cv-00259-SLG
Defendant's Response to Plaintiff's Third Motion for Extension of Time   Page 2 of 2
Case 3:16-cv-00259-SLG   Document 44   Filed 03/02/18   Page 2 of 2