Christopher V. Hoke, Esq.
Hoke Law
101 E. 9th Ave., Suite 7A
Anchorage, AK 9501
Phone: (907) 887-1164
Fax: (907) 743-0532
Email: chris@hoke-law.com
Attorney for Plaintiff

Daniel Pace
Law Office of Daniel I. Pace
101 E. 9th Ave., Suite 7A
Anchorage, AK 9501
Phone: (907) 222-4003
Fax: (907) 222-4006
Dan@PaceLawOffices.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FLORINA ALTSHILER,<br><br>    Plaintiff<br><br>    v.<br><br>STATE OF ALASKA,<br><br>    Defendant. | Case No. 3:16-cv-00259-SLG |

**FIFTH MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION UNTIL MARCH 9, 2018**

COMES NOW plaintiff Florina Altshiler, by and through counsel, moves the court for an extension of the scheduled deadline for plaintiff to file her opposition to the State's Motion for Summary Judgment until March 9, 2018 or for 2 days. Counsel

**Motion for Extension of Time until March 9, 2018**
*Altshiler v. SOA – 3:16-cv-00259SLG*
Page **1** of **3**

HOKE LAW
Christopher V. Hoke
P.O. Box 141502, Anchorage, AK 99514
907-887-1164 (p) •• 907-743-0532 (f)
chris@hoke-law.com

awaits receipt the signed and notarized affidavit of plaintiff Ms. Altshiler which is necessary to complete the opposition. The State of Alaska has yet to oppose any previous extension.

The initial deadline of February 12, 2018 was extended two weeks by routine stipulation, as was the second extension for three added days. My own lapse in judgment in not initially requesting additional time from the start has unfortunately burdened the docket moreso than necessary. Coupling this is co-counsel's wife giving birth followed by a death in the family has put unforeseen stress on the timeline for completion of this opposition, while counsel has worked tirelessly to make this deadline.

Counsel request an additional two days to complete this opposition. Opposing counsel has been extreme fair and professional, and plaintiff will have absolutely no issues reciprocating and providing extensions as needed in the future. Counsel has received the affidavit from plaintiff and shall not request additional time past March 9, 2018.

DATED this 7th day of March, 2018 at Anchorage, AK.

        HOKE LAW
        Pace Law Offices
        Counsel for Florina Altshiler

        _____/s/_____
        Christopher V. Hoke
        Alaska State Bar No. 1211098
        Counsel for Plaintiff Florina Altshiler

**Motion for Extension of Time until March 9, 2018**
*Altshiler v. SOA – 3:16-cv-00259SLG*
Page **2** of **3**
Case 3:16-cv-00259-SLG   Document 49   Filed 03/07/18   Page 2 of 3

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 5st day of March, 2018 the forgoing document was served

via ecf delivery to:

    Counsel for Defendants:
rebecca.cain@alaska.gov
margaret.paton-walsh@alaska.gov

    /s/
Christopher V. Hoke

**HOKE LAW**
**Christopher V. Hoke**
P.O. Box 141502, Anchorage, AK 99514
907-887-1164 (p) • • 907-743-0532 (f)
chris@hoke-law.com

**Motion for Extension of Time until March 9, 2018**
*Altshiler v. SOA – 3:16-cv-00259SLG*
Page **3** of **3**