JAHNA LINDEMUTH
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: rebecca.cain@alaska.gov

*Attorney for Defendant State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FLORINA ALTSHILER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:16-cv-00259-SLG <br><br> **DEFENDANT'S RESPONSE TO PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME** |

Plaintiff has filed a fifth motion for an extension of time in which to file her opposition to the Defendant's motion for summary judgment. In that motion Plaintiff asks for an additional two days in which to file her opposition or until March 9, 2018. The extension is, as noted, Plaintiff's fifth extension. Given the short additional time sought the State does not oppose the requested extension, however, the State may oppose any further extensions sought for the opposition.

DATED: March 8, 2018.

JAHNA LINDEMUTH
ATTORNEY GENERAL

By: /s/Rebecca H. Cain
Rebecca H. Cain
Assistant Attorney General
Alaska Bar No. 9811056
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Facsimile: (907) 258-4978
Email: rebecca.cain@alaska.gov
Attorney for Defendant
State of Alaska

**Certificate of Service**
I certify that on March 8, 2018, a copy of the DEFENDANT'S RESPONSE TO PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME was served electronically on:

Christopher V. Hoke
Hoke Law
101 E. 9th Ave., Suite 7A
Anchorage, AK 99501
chris@hoke-law.com

Daniel Pace
Pace Law Offices
101 E. 9th Ave Ste 7A
Anchorage, AK 99501
dan@pacelawoffices.com


/s/Rebecca H. Cain

*Altshiler v. State of Alaska*   Case No. 3:16-cv-00259-SLG
Defendant's Response to Plaintiff's Fifth Motion for Extension of Time   Page 2 of 2

Case 3:16-cv-00259-SLG   Document 50   Filed 03/08/18   Page 2 of 2