IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FLORINA ALTSHILER,

    Plaintiff

v.

STATE OF ALASKA,

    Defendant.

Case No. 3:16-cv-00259-SLG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION UNTIL MARCH 9, 2018**

Upon consideration of Plaintiff's Fifth Motion for Extension of Time to File Opposition until March 9, 2018 (Docket 49) and Defendant's Response (Docket 50), the Court hereby GRANTS the motion.

IT IS ORDERED that plaintiff shall file her response to the State of Alaska's Motion for Summary Judgment (Docket 31) on or before **March 9, 2018**.

DATED this 9th day of March, 2018 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE