JAHNA LINDEMUTH
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email: rebecca.cain@alaska.gov

*Attorney for Defendant State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FLORINA ALTSHILER,<br><br>                Plaintiff,<br>v.<br><br>STATE OF ALASKA,<br><br>                Defendant. | Case No. 3:16-cv-00259-SLG<br><br>**REQUEST FOR ORAL ARGUMENT** |

      Pursuant to Local Rule 7.2(a), Defendant, State of Alaska, hereby requests oral argument on Defendant's Motion for Summary Judgment (Docket 31), dated January 22, 2018.

DATED: March 30, 2018.

                    JAHNA LINDEMUTH
                    ATTORNEY GENERAL

By: /s/Rebecca H. Cain
Rebecca H. Cain
Assistant Attorney General
Alaska Bar No. 9811056
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Facsimile: (907) 258-4978
Email: rebecca.cain@alaska.gov
Attorney for Defendant
State of Alaska

Certificate of Service

I certify that on March 30, 2018, the **REQUEST FOR ORAL ARGUMENT** was served electronically on:

Christopher V. Hoke
Hoke Law
PO Box 141502
Anchorage, AK 99514
chris@hoke-law.com

Daniel I. Pace
Pace Law Offices
101 E. 9th Ave., Ste 7A
Anchorage, AK 99501
dan@pacelawoffices.com

/s/Rebecca H. Cain