Christopher V. Hoke
Hoke Law
101 E. 9th Ave., Suite 13B
Anchorage, AK 99501
Phone: (907) 887-1164
Fax: (907) 743-0532
chris@hoke-law.com
Attorney for Plaintiff

Daniel I. Pace
Law Office of Daniel I. Pace
101 E. 9th Ave., Suite 7A
Anchorage, AK 99501
Phone: (907) 222-4003
Fax: (907) 222-4006
dan@pacelawoffices.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FLORINA ALTSHILER,<br><br>       Plaintiff,<br><br>       v.<br><br>STATE OF ALASKA,<br><br>       Defendant. | Case No. 3:16-cv-00259-SLG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Florina Altshiler and Defendant State of Alaska stipulate to the dismissal, with prejudice, of all Plaintiff's claims and causes of action against the Defendant in this case. Each party is to bear its own costs and attorney's fees in this matter.

Respectfully submitted this 25th day of September 2018.

                                                       ____/s/_____
                                                       Christopher V. Hoke
                                                       Co-Counsel for Plaintiff, Florina Altshiler
                                                       Alaska State Bar No. 1211098

## **CERTIFICATE OF SERVICE**

       I hereby certify on September 25, 2018, a true and correct copy of the foregoing Joint Notice of Settlement was served via electronic mail upon:

State of Alaska
Attorney General's Office
Rebecca H. Cain
1031 W. 4th Ave, Suite 200
Anchorage, AK 99501
rebecca.cain@alaska.gov

                                                     _____/s/_____
                                                     Christopher V. Hoke, AK Bar No. 1211098